UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES MURZIKE,
FDOC Inmate No. L07713,
    Plaintiff,

vs.                                      Case No.: 3:20cv5958/LAC/EMT

FLORIDA DEPARTMENT
OF CORRECTIONS,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff James Murzike, a Florida inmate currently confined at Santa Rosa Correctional Institution, instituted this action by filing a motion for "Injunction & A Temporary Restraining Order" on November 19, 2020 (ECF No. 1). The motion was erroneously filed in the Middle District of Florida; the matter thus was transferred to this district on November 25, 2020 (ECF Nos. 3–4).

On December 10, 2020, the undersigned entered an order advising Plaintiff that pursuant to Fed. R. Civ. P. 3, "[a] civil action is commenced by filing a complaint with the court" and that absent a properly filed complaint, the court lacks the authority to issue preliminary injunctive relief (ECF No. 5). The undersigned also advised that the complaint must be filed on the court-approved form (*id.*). Finally, the court noted that Plaintiff neither paid the filing fee nor filed a motion to

proceed in forma pauperis (IFP) and that the court will not proceed with the case unless Plaintiff either pays the filing fee or obtains leave to proceed in forma pauperis (*id.*).

The undersigned directed the clerk of court to send Plaintiff a civil rights complaint form for use by prisoners, a motion to proceed in forma pauperis, and a prisoner consent form and financial certificate approved for use in the Northern District and allowed Plaintiff thirty days in which to either pay the $400.00 filing fee or file a fully completed motion to proceed in forma pauperis and amended complaint on the court-approved form (*id.*).

On January 19, 2021, Plaintiff filed a motion requesting an enlargement of time in which to either pay the filing fee or file a fully completed motion to proceed in forma pauperis and file an amended complaint on the court-approved form (ECF No. 7). The court granted the motion and gave Plaintiff a thirty-day extension (ECF No. 8). After more than thirty days passed and Plaintiff had not complied, the undersigned entered an order directing Plaintiff to show cause within thirty days why the case should not be dismissed for failure to prosecute and failure to comply with an order of the court. The undersigned advised that failure to comply with the order

as instructed would result in a recommendation, without further notice, that the case be dismissed. More than thirty days have passed, and Plaintiff has not complied.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for Plaintiff's failure to prosecute and failure to comply with an order of the court.

At Pensacola, Florida, this 6th day of April 2021.

/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. **Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.** An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:20cv5958/LAC/EMT